UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-2331-Orl-37GJK

DAVID POSCHMANN,

        Plaintiff,

v.

SERVANT HOTELS, LLC and
COAKLEY & WILLIAMS HOTEL
MANAGEMENT COMPANY,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: February 12, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Brian J. Moran |
| Drew M. Levitt | Brian J. Moran |
| Florida Bar No. 782246 | Florida Bar No. 0827241 |
| drewmlevitt@gmail.com | bmoran@morankidd.com |
| Lee D. Sarkin | Moran Kidd Lyons Johnson Garcia, P.A. |
| Florida Bar No. 962848 | 111 North Orange Avenue, Suite 900 |
| lsarkin@aol.com | Post Office Box 472 |
| 4700 N.W. Boca Raton Boulevard | Orlando, Florida 32802-0472 |
| Suite 302 | Telephone (407) 841-4148 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |