UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

      Plaintiff,

v.                                      Case No:  6:19-cv-2331-Orl-37GJK

SERVANT HOTELS, LLC and
COAKLEY & WILLIAMS HOTEL
MANAGEMENT COMPANY,

      Defendants.

_____

## ORDER OF DISMISSAL

The parties have filed a Stipulation for Dismissal with Prejudice (Doc. 12). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED**.  The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 18, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record